# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02569-KLM

Meggs, et al.

      Plaintiffs,

 vs.

U.S. Motels Federal, LLC

      Defendant.

_____/

## NOTICE OF SETTLEMENT

  The Plaintiffs, with consent of the Defendant, by and through undersigned counsel hereby inform this Court that the parties have settled the above-captioned matter in principle. Counsel for the respective parties are currently in the process of crafting a settlement agreement and expect to file a stipulated dismissal within the next sixty days. In light of this Notice, the Parties request that the Court moot all pending deadlines.

  Respectfully submitted this 16th day of February 2023,

*s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ 08360
Direct (609) 319-5399
Office (609) 236-3211
Fax (609) 900-2760
js@shadingerlaw.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February 2023, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.