# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02569-KLM

JOHN MEGGS, an Individual, and
and ACCESS 4 ALL, Inc., a Florida Non for Profit Corporation

    Plaintiffs,

v.

U.S. MOTELS FEDERAL, LLC, a Colorado Limited Liability Company,

    Defendant.

___

## STIPULATION FOR DISMISSAL

    The Parties, through their undersigned attorneys, having reached a resolution of all claims, and hereby stipulate to dismissal of this action with prejudice, each party to bear their own costs and fees.

    A Proposed form of Order is submitted herewith.

Dated this 15th day of May, 2023.

| JENNINGS, STROUSS & SALMON, P.L.C. | SHADINGER LAW, LLC |
|---|---|
| By *s/ Lindsay G. Leavitt* | By *s/ Jon D. Shadinger (w/permission)* |
|     Lindsay G. Leavitt |     Jon D. Shadinger, Jr. |
|     Jennings, Strouss & Salmon, PLC |     Shadinger Law, LLC |
|     One East Washington Street, Ste. 1900 |     717 E. Elmer Street, Suite 7 |
|     Phoenix, AZ 85004 |     Vineland, NJ  08360 |
|     *Attorney for Defendant U.S. Motels Federal, LLC* |     *Attorney for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2023. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jon G. Shadinger, Jr.
Shadinger Law, LLC
717 E. Elmer Street, Suite 7
Vineland, NJ  08360
js@shadingerlaw.com


 By: */s/Rebecca C. Lewis*
    Rebecca C. Lewis